**Exhibit A to the Complaint**

**Location:** Bowie, MD  **IP Address:** 108.45.66.132
**Total Works Infringed:** 25  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C653ACC9CD18BCC149E52952199B0EB7887EE097<br>File Hash: 7F1A1A9E65AD9F466AF46144FBCDFAABE27C64AC49136D7E98910C70177D28E0 | 12/02/2020 02:29:19 | Vixen | 11/20/2020 | 11/30/2020 | PA0002266357 |
| 2 | Info Hash: 0EDD8424501F1B5B5B6A57F8667AB8C42D44DB9E<br>File Hash: A5C52D68CAB30DA1E566E7B990744FEB2669056CB56609CEFE131E17C64CA303 | 11/19/2020 18:40:36 | Blacked Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |
| 3 | Info Hash: D502097F590A42EBFEC1BAFE13B5D6D1122AF9A6<br>File Hash: 033A772FA9953E2C818B0FD0AA0DE6E75B6D84745F83F2010A8606CD0E959BE8 | 11/17/2020 12:20:21 | Vixen | 02/28/2020 | 04/17/2020 | PA0002251744 |
| 4 | Info Hash: 04DB9A2F298B8E053FF70CC3CC2D6BDD764EE5B3<br>File Hash: 46461D7C5D41223438B18575B0658755E3B31C1289B232747285799B6D08B50D | 10/26/2020 20:34:55 | Vixen | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 5 | Info Hash: 013873E826D04738D5F61FC7337D0227804C6E97<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 10/21/2020 21:30:39 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 6 | Info Hash: 009F9C7775B1B08E12B938E7895905234F849C90<br>File Hash: 0D295BBD50F5CFBA5900994BA8F45A048390521FD232EC6D662DCD2159635694 | 10/19/2020 21:55:13 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 7 | Info Hash: 7F7F8C77B005F1395F96284EC54E0B8B47B52B6D<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10/04/2020 16:11:52 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 8 | Info Hash: B37E3BECEC0D58E2B467EC72DA3602294CC976B0<br>File Hash: C812BCF38DD85E6335C1DA350D8322F59BB753C955A07C9B54D0F38A3494F9FD | 09/26/2020 16:16:22 | Blacked | 09/12/2020 | 09/29/2020 | PA0002258684 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 0B9F0763A47ED74E145F827AB37819CB9C261C0A<br>File Hash: EAEA569AB5525A45137278ECFFB0BAD1E0BC8ECCA1E7D3CFC9A9144C594C1E4C | 09/26/2020 01:42:58 | Vixen | 09/04/2020 | 09/22/2020 | PA0002265929 |
| 10 | Info Hash: 3F3D8C773DDE90F0232FDD9FAF6C0504A72230BE<br>File Hash: 8149D19B099535BEA628C18C18436DC368643D651AF357FFEFAB6647980024D3 | 09/26/2020 01:40:42 | Blacked | 09/19/2020 | 09/29/2020 | PA0002258681 |
| 11 | Info Hash: 30E3C5610542115383596B69D9D24250071E5734<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 08/12/2020 16:00:00 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 12 | Info Hash: 352E1770EDCD17DF94948CC4A7016001AA312E10<br>File Hash: 8C7E83979A2BF1EB2091F10402386CAC0E52D4CD59FF4BBD714CE47DBE00362D | 07/08/2020 17:12:02 | Vixen | 07/03/2020 | 07/16/2020 | PA0002248578 |
| 13 | Info Hash: 86643498823EBFABEFCF815BF06F0B536ADD1734<br>File Hash: 3C12119AEE153C49602F8A589103AEBF6A7073822963C0E4C5790C775724EECC | 07/01/2020 15:03:00 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 14 | Info Hash: 8BBB775D02A684CE1AD35F7B74B10C2EE06D3D39<br>File Hash: DF4B0D288618658DC49EB26217CF1544419BC25A96680CB513E8090162FC6E52 | 06/23/2020 18:10:46 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 15 | Info Hash: 6DCDC6EAEB4288950A7AEE7A59F3841F4B6116F3<br>File Hash: C8EA66A37C03FAF791D33F7F309896EC3428F556F32280AB19EE7437F7D4BAEB | 06/18/2020 19:46:59 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 16 | Info Hash: 7F779A9D8284440701F72B275752E3668CDBCCB7<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05/26/2020 17:33:51 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 17 | Info Hash: 406CDCE86D0C2EB51D9A5ACEEAF62617F6F26FD5<br>File Hash: 071E6A85CDBDCF71A30B603BAA8536524B466ECE480B2CE2FA99AB0154C1A18A | 04/21/2020 16:57:41 | Vixen | 11/30/2017 | 01/04/2018 | PA0002097470 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: C5C4DF37DA4883560C437AE41E7688C57B793CC1<br>File Hash: 44BFF6B6524E730B5AB890297A44F5EB67A8C2756CAC5AF7B19FC4BB0A1EF65A | 04/21/2020 16:56:50 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 19 | Info Hash: F268214B5C3CFBD32F81CD9B089B317C8AF1794D<br>File Hash: 8AF821ADA0157939E048D106813087E9A744F93618C2621BF2A341134C054E7E | 04/11/2020 21:51:36 | Tushy | 03/29/2020 | 04/15/2020 | PA0002244963 |
| 20 | Info Hash: F04DA2227BA7E4D81BCC1FBD2F5B06AAF3043C6E<br>File Hash: 4041A78B1CFF335F326E4263F2853FBAD608823C6616550D914E9027B2636BCF | 04/11/2020 15:28:45 | Vixen | 04/10/2020 | 05/05/2020 | PA0002249031 |
| 21 | Info Hash: 8E81E3733F88F3EFA97B699A2C6B2F49F14B0658<br>File Hash: 916A718F39932B31E104433757E2EF280B4B9BDC855F9EE911281650609EC0E4 | 03/11/2020 13:40:53 | Vixen | 03/09/2020 | 04/17/2020 | PA0002246165 |
| 22 | Info Hash: 9FB8DED7148BFEE5FD3FCF0C8563B2D0EEDA63C4<br>File Hash: EAF054705344246A6D5672710D5DFA134C1943842483B21FD62F9971C6B03CEE | 03/07/2020 22:31:17 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 23 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash: 8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 03/02/2020 16:15:29 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 24 | Info Hash: 495A989A8CF6419323B28D5DD9382FA560724668<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02/23/2020 00:40:09 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 25 | Info Hash: 5E4B7412B17A75CC358CD08A5E014FE259CD0D1D<br>File Hash: 9887B265BC89193EA03348CE5C77ABABBCAB6958DF7242AD89DE320411F8327E | 02/20/2020 13:01:10 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |