UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 8:20-cv-03658-PJM |
| v. | ) |
| JOHN DOE subscriber assigned IP address 108.45.66.132, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 108.45.66.132, are voluntarily dismissed with prejudice.

Dated:  February 23, 2021               Respectfully submitted,

By: /s/ Elsy Ramos Velasquez
Elsy Ramos Velasquez, Esq.
eramosvelasquez@clarkhill.com
Clark Hill PLC
1001 Pennsylvania Ave NW
Suite 1300 South
Washington, DC 20004
Tel.: 202-552-2357
Fax: 202-552-2381
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Elsy Ramos Velasquez*
Elsy Ramos Velasquez, Esq.
