"APPROVED" THIS 23 DAY of FEB, 2021.

*[signature]*
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 108.45.66.132, ) <br> ) <br> Defendant. ) <br> _____) | Civil Case No. 8:20-cv-03658-PJM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 108.45.66.132, are voluntarily dismissed with prejudice.

Dated: February 23, 2021             Respectfully submitted,

By: */s/ Elsy Ramos Velasquez*
Elsy Ramos Velasquez, Esq.
eramosvelasquez@clarkhill.com
Clark Hill PLC
1001 Pennsylvania Ave NW
Suite 1300 South
Washington, DC 20004
Tel.: 202-552-2357
Fax: 202-552-2381
*Attorneys for Plaintiff*

1